# In the United States Court of Federal Claims

No. 13-211 C

(Filed September 11, 2013)

```
* * * * * * * * * * * * * * * * * * * * * *
ALAMO, et al.,                             *
                                           *
            Plaintiffs,                    *
                                           *
      v.                                   *
                                           *
THE UNITED STATES,                         *
                                           *
            Defendant.                     *
* * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On September 10, 2013, defendant filed a Motion to File Response to Plaintiffs' Motion to Stay Out of Time in this matter. Defendant's motion requests leave of the court to file the government's response to plaintiffs' motion to stay defendant's motion to transfer out of time by one day. Defendant's response was due to be filed on or before September 9, 2013. Accordingly, defendant's motion is **GRANTED** and defendant shall **FILE** its **Response** as of the date of this order as a separate docket entry in this matter.

> s/Lynn J. Bush
> LYNN J. BUSH
> Judge