# In the United States Court of Federal Claims

No. 13-211 C

(Filed September 17, 2013)

```
* * * * * * * * * * * * * * * * * * * *
ALAMO, et al.,                    *
                                  *
                Plaintiffs,       *
                                  *
        v.                        *
                                  *
THE UNITED STATES,                *
                                  *
                Defendant.        *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On September 16, 2013, plaintiffs filed a Notice of Withdrawal of Motion to Stay Defendant's Motion to Transfer and Motion to Schedule a Deadline for a Response in Opposition.  Plaintiffs' motion requests that the court set a deadline of up until and including October 2, 2013 to file a Response in Opposition to Defendant's Motion to Transfer.

Accordingly, it is hereby **ORDERED** that plaintiffs' Motion to Stay, filed August 21, 2013, is **WITHDRAWN**; and plaintiffs shall **FILE** their **Response** to Defendant's Motion to Transfer, on or before **October 2, 2013**.

s/Lynn J. Bush
LYNN J. BUSH
Judge