# In the United States Court of Federal Claims

No. 13-211 C

(Filed October 9, 2013)

```
* * * * * * * * * * * * * * * * * * * * * *
ALAMO, et al.,                         *
                                       *
              Plaintiffs,              *
                                       *
       v.                              *
                                       *
THE UNITED STATES,                     *
                                       *
              Defendant.               *
* * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 8, 2013, defendant filed a Request for a Stay in Light of Lapse of Appropriations. Based on the lapse in appropriations to the Department of Justice as of September 30, 2013, the government requests "a stay of all deadlines in this case, including the filing of the reply brief on defendant's motion to transfer, due on October 15, 2013, until Congress has restored appropriations to the Department." The government further requests that "all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations."

Defendant does not indicate whether plaintiff opposes defendant's request for a stay and, as of this date, plaintiff has not communicated his position to the court. Nevertheless, for good cause shown, the court grants defendant's request.

Accordingly, it is hereby **ORDERED** that:

(1)   Defendant's Request for a Stay in Light of Lapse of Appropriations is **GRANTED**; and

(2) Immediately upon restoration of appropriations to the Department of Justice, the parties shall **CONFER** and, as soon as practicable thereafter, shall **FILE** a **Status Report** setting forth an agreed upon deadline for the filing of defendant's reply brief on defendant's motion to transfer before the court in this matter.

                                          /s/Lynn J. Bush
                                          LYNN J. BUSH
                                          Judge