# In the United States Court of Federal Claims
No. 13-211 C
(Filed October 18, 2013)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ALAMO, et al.,

       *Plaintiffs*,

    v.

THE UNITED STATES,

       *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On October 17, 2013, defendant filed a Notice of Restoration of Funding and Unopposed Motion to Reset Deadlines. Therein, defendant states that Congress has restored funding to the government and requests that the court reset defendant's reply deadline to its motion to transfer. Specifically, defendant requests that the court set defendant's reply to its motion to transfer filing deadline to October 29, 2013.

Accordingly, it is hereby **ORDERED** that:

(1) The Clerk's Office is directed to **LIFT** the stay in this matter;

(2) Defendant's motion is **GRANTED**; and

(3) Defendant shall **FILE** its **Reply**, on or before **October 29, 2013**.

                                                  /s/Lynn J. Bush
                                                  LYNN J. BUSH
                                                  Judge